

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00234-CV

Jonathan David **RICE** and Diana Rice,
Appellants

v.

**LEWIS ENERGY GROUP, L.P.**; Lewis Petro Properties, Inc.; Lewis Resource Management, LLC; Segundo Navarro Drilling, Ltd.; and Tercero Navarro, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08936
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the Appellants' motion for leave to file an amended notice of appeal is GRANTED, and the Appellees' motion to dismiss is DENIED. Additionally, the part of the judgment ordering this case to remain permanently sealed is REVERSED, and this case is REMANDED to the trial court for proceedings consistent with this opinion. All other parts of the judgment are AFFIRMED. It is ORDERED that all parties bear their own costs on appeal.

SIGNED October 28, 2020.

_____
Irene Rios, Justice